**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Fabian A. SCOTT, a.k.a. Faybo, a.k.a. Fabo, Defendant–Appellant.**

No. 13–13477

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 27, 2015.

Kathleen Mary Salyer, Jared E. Dwyer, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, for Plaintiff–Appellee.

Jose Rafael Rodriguez, Law Offices of J. Rafael Rodriguez, Miami, FL, for Defendant–Appellant.

Fabian A. Scott, Coleman, FL, pro se.

Before TJOFLAT, WILSON and BLACK, Circuit Judges.

PER CURIAM:

J. Rafael Rodriguez, appointed counsel for Fabian A. Scott in this direct criminal appeal, has filed a motion to withdraw from further representation of the appellant and filed a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Scott's convictions and sentences are **AFFIRMED.**